# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00439-CV

### The City of Cedar Park, Appellant

### v.

### Kirk Anthony, Appellee

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
### NO. GN403437, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant, the City of Cedar Park, has filed an unopposed motion to dismiss this appeal. We grant its motion and dismiss this appeal.

G. Alan Waldrop, Justice

Before Justices Puryear, Pemberton and Waldrop

Dismissed on Appellant's Motion

Filed:   September 19, 2006